UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERI LYN SCHWARTZ,

    Plaintiff,

v.                      Case No. 8:14-cv-2733-T-33JSS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER**

This matter is before the Court in consideration of the January 7, 2016, Report and Recommendation of United States Magistrate Judge Julie S. Sneed (Doc. # 22), recommending that the decision of the Commissioner denying a claim for a period of disability benefits be affirmed. Plaintiff Geri Lyn Schwartz filed an Objection to the Report and Recommendation (Doc. # 23) on January 21, 2016. The Commissioner did not respond to the Objection.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections,

1

there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Hous. v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the record, including the Report and Recommendation as well as the Plaintiff's Objection, the Court overrules the Objection, adopts the Report and Recommendation, and affirms the Commissioner's decision. The Court agrees with the Magistrate Judge's detailed and well-reasoned findings of fact and conclusions of law. The Report and Recommendation thoughtfully addresses the issues presented, and the Objection does not provide a basis for rejecting the Report and Recommendation.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 22) is **ADOPTED.**

(2)  The decision of the Commissioner of Social Security is **AFFIRMED.**

(3)  The Clerk is directed to enter judgment in favor of the Commissioner reflecting that the Commissioner's decision is affirmed.

(4)  The Clerk is directed to **CLOSE THIS CASE.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 9th day of February, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE